**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cory Nathaniel Lewis             CHAPTER 13
           Debtor(s)

BKY. NO. 23-10629 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

           Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
22 Mar 2023, 14:20:23, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322