## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO. 13 |
| CORY NATHANIEL LEWIS, | : | CASE NO. 23-10629-MDC |
| DEBTOR | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| MOVANT | : | |
| V. | : | |
| CORY NATHANIEL LEWIS, | : | |
| RESPONDENT | : | RELATED TO DOCKET NO. 25 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on May 19, 2023, by:

**23-10629-MDC Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

MICHAEL A. CIBIK on behalf of Debtor Cory Nathaniel Lewis mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

WILLIAM CARL KATZ on behalf of Creditor Daniel Pommells WKatz@sanddlawyers.com, mhanford@sanddlawyers.com;rchew@sanddlawyers.com;kdaley@sanddlawyers.com

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST ecfemails@ph13trustee.com, philaecf@gmail.com

KENNETH E. WEST on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com, philaecf@gmail.com

**23-10629-mdc Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021 Norfolk, VA 23541

EXECUTED ON: May 19, 2023

                                    Respectfully submitted by,

By:   /s/ Jonathan Chatham
       Deputy Chief Counsel
       PA Department of Revenue
       Office of Chief Counsel
       Dept. 281061
       Harrisburg, PA 17128-1061
       PA I.D.  209683
       Phone:  717-783-3673
       Facsimile:  717-772-1459