# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Cory Nathaniel Lewis**<br>　　　　　　　　　**Debtor** | **CHAPTER 13** |
| **MIDFIRST BANK**<br>　　　　　　　　　**Movant** | |
| 　　　　vs. | **NO.** 23-10629 MDC |
| **Cory Nathaniel Lewis**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　　**Respondents** | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Bankruptcy Judge