**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             Chapter 13
CORY NATHANIEL LEWIS


                    Debtor            Bankruptcy No. 23-10629-MDC


# O R D E R

　　AND NOW, this ___25th___ day of ___May___, 202**3**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

　　IT IS FURTHER ORDERED with regard to confirmed case, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_Magdeline D. Coleman_
　Honorable Magdeline D. Coleman
　Chief Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
Michael I. Assad
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102-


Debtor:
CORY NATHANIEL LEWIS

1211 Greenwood Ave

Wyncote, PA 19095-2018