United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10629-mdc

Cory Nathaniel Lewis     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: May 26, 2023     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cory Nathaniel Lewis, 1211 Greenwood Ave, Wyncote, PA 19095-2018 |
| cr | + | Daniel Pommells, 328 Woodbine Avenue, Philadelphia, PA 19072, UNITED STATES 19072-2034 |
| 14764109 | | CL Inception LLC, 1211 Greenwood Ave, Wyncote, PA 19095-2018 |
| 14764104 | + | Cheltenham School District, 2000 Ashbourne Rd, Elkins Park, PA 19027-1097 |
| 14764105 | + | Cheltenham Township, 8230 Old York Road, Elkins Park, PA 19027-1589 |
| 14764106 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14785430 | + | Collection Associates, LTD, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14773386 | + | Daniel Pmmells, C/O William C. Katz, 900 East 8th Avenue, Ste 300, King Of Prussia, PA 19406-1347 |
| 14764111 | | Daniel Pommells, 328 Woodbine Ave, Philadelphia, PA 19131 |
| 14764112 | + | Delaware Title Loans, Inc., 115 Naamans Road, Claymont, DE 19703-2713 |
| 14764113 | + | Deneen A. Dirickson, 5012 N. 4th Street, Philadelphia, PA 19120-3802 |
| 14764115 | | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14767345 | + | Midfirst Bank, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14764122 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14764125 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14764127 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14768929 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14764132 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14762874 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2023 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 01:12:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14764100 | + | Email/Text: bncnotifications@pheaa.org | May 27 2023 00:56:00 | Aes/pheaa - Keystone, Pob 61047, Harrisburg, PA 17106-1047 |
| 14764108 | | Email/Text: megan.harper@phila.gov | May 27 2023 00:56:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14764101 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2023 01:11:50 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14765946 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2023 00:59:35 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14764102 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 01:12:00 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14764103 | + | Email/Text: SNagel@cedarfinancial.com | May 27 2023 00:56:00 | Cedar Financial, 5230 Las Virgenes Road, |

Case 23-10629-mdc    Doc 31    Filed 05/28/23    Entered 05/29/23 00:35:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Calabasas, CA 91302-3448 |
| 14764107 | | Email/Text: bankruptcy@philapark.org | May 27 2023 00:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14764110 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2023 00:59:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14764119 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2023 00:59:33 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14764114 | | Email/Text: operationsclerk@easypayfinance.com | May 27 2023 00:55:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 14764116 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2023 00:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14764117 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 27 2023 00:56:00 | KeyBank, 127 Public Sq, Cleveland, OH 44114-1226 |
| 14764118 | | Email/Text: ktramble@lendmarkfinancial.com | May 27 2023 00:55:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 14764875 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 00:59:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766987 | ^ | MEBN | May 27 2023 00:47:30 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14764121 | | Email/Text: EBN@Mohela.com | May 27 2023 00:56:00 | MOHELA, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14781290 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 27 2023 00:59:29 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14764120 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 27 2023 00:59:54 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14764123 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:56:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14764124 | | Email/PDF: cbp@onemainfinancial.com | May 27 2023 00:59:52 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14762774 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14767521 | + | Email/Text: bankruptcy@philapark.org | May 27 2023 00:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14764128 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2023 00:59:54 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14762564 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2023 00:58:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14764129 | | Email/Text: bankruptcy@td.com | May 27 2023 00:56:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14768929 | ^ | MEBN | May 27 2023 00:47:34 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14764130 | | Email/Text: bknotices@totalcardinc.com | May 27 2023 00:56:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 14764131 | + | Email/Text: dbogucki@trumark.org | May 27 2023 00:56:00 | Trumark Financial Credit Union, Attn: Bankruptcy 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14764133 | ^ | MEBN | May 27 2023 00:47:27 | U.S. Department of Justice, 950 Pennsylvania Ave |

| 14764134 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 27 2023 00:59:30 | NW, Washington, DC 20530-0009<br>Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14764126 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
   on behalf of Debtor Cory Nathaniel Lewis mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM CARL KATZ
   on behalf of Creditor Daniel Pommells WKatz@sanddlawyers.com
   mhanford@sanddlawyers.com;rchew@sanddlawyers.com;kdaley@sanddlawyers.com

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| CORY NATHANIEL LEWIS | |
| Debtor | Bankruptcy No. 23-10629-MDC |

# ORDER

**AND NOW**, this  25th  day of  May , 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** with regard to confirmed case, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
Michael I. Assad
Cibik Law, P.C.
1500 Walnut St, Ste 900
Philadelphia, PA 19102-

Debtor:
CORY NATHANIEL LEWIS

1211 Greenwood Ave

Wyncote, PA 19095-2018